Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
L.A. GEM & JEWELRY DESIGN, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EVENING CRYSTALS, LLC, a Texas Limited Liability Company; GANNETT SATELLITE INFORMATION NETWORK, INC., a Delaware Corporation dba DEALCHICKEN; PLUM DISTRICT, INC., a Delaware Corporation; CBS RADIO, INC., a Delaware Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>**1. COPYRIGHT INFRINGEMENT;**<br><br>**2. CONTRIBUTORY AND/OR VICARIOUS COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff L.A. Gem & Jewelry Design, Inc. ("LA Gem") by and through its undersigned attorney, sues Defendants Evening Crystals, LLC, Gannett Satellite Information Network, Inc. dba DealChicken, Plum District, Inc., CBS Radio, Inc., and Does 1-10 and alleges:

## THE PARTIES

1. Plaintiff LA Gem is a California corporation having a place of business at 659 S. Broadway, Los Angeles CA 90014. LA Gem also conducts business under its LA Rocks trademarks.

2. Upon information and belief, Defendant Evening Crystals, LLC (hereinafter "Evening Crystals") is a limited liability company organized and existing under the laws of Texas and having a principal place of business at 10610 Morado Circle, Austin, Texas 78759, and Evening Crystals does business in and with the State of California and, in particular, within this District.

3. Upon information and belief, Defendant Gannett Satellite Information Network, Inc. dba DealChicken (hereinafter "DealChicken") is a Delaware corporation with its principal place of business located at 7950 Jones Branch Drive, McLean, Virginia 22107, and DealChicken does business in and with the State of California and, in particular, within this District.

4. Upon information and belief, Defendant Plum District, Inc. (hereinafter "Plum District") is a Delaware corporation with its principal place of business located at 1169 Howard Street, Suite 203, San Francisco, California 94103, and Plum District does business in and with the State of California and, in particular, within this District.

5. Upon information and belief, Defendant CBS Radio, Inc. (hereinafter "CBS") is a Delaware corporation with its principal place of business located at 51 W 52nd Street 19-13, New York, New York 10019, and CBS does business in and with the State of California and, in particular, within this District.

6. LA Gem is informed and believes, and on that basis alleges, that Defendants Does 1 through 5, inclusive, are manufacturers and/or vendors of jewelry, and have

manufactured and/or supplied, and/or are manufacturing and/or supplying, jewelry improperly incorporating LA Gem's copyrighted design(s) (as hereinafter described) without LA Gem's knowledge or consent, or are otherwise liable for secondary copyright infringement.  The true names, whether corporate, individual, or otherwise of Does 1 through 5, inclusive, are presently unknown to LA Gem, and therefore, are being sued by such fictitious names, and LA Gem will seek leave to amend this Complaint to include their true names and capacities when the same have been ascertained.

7. Defendants Does 6 through 10, inclusive, are other parties not yet identified who have infringed LA Gem's copyrights, have contributed to the infringement of LA Gem's copyrights, or have engaged in one or more of the wrongful acts alleged herein. The true names, whether corporate, individual, or otherwise of Does 6 through 10, inclusive, are presently unknown to LA Gem, and therefore, are being sued by such fictitious names, and LA Gem will seek leave to amend this Complaint to include their true names and capacities when the same have been ascertained.

8. LA Gem is informed and believes, and on that basis alleges, that at all times relevant to this action, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment, and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged herein with full knowledge of each and every violation of LA Gem's rights and the damages to LA Gem proximately caused thereby.

## JURISDICTION AND VENUE

9. This action arises under the laws of the United States and the Copyright Act of 1976 (17 U.S.C. §101 *et seq.*), and as such, the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

10. Venue is proper in this judicial district pursuant to 28 U.S.C. §§1391(b), (c), and 1400(a) because Defendants conduct business in this District by advertising in and shipping goods to this District, and a substantial part of the events or omissions giving

rise to the claim occurred in this District.

## FACTS COMMON TO ALL COUNTS

11. LA Gem is a designer and creator of jewelry whose jewelry pieces are sold by numerous national retailers.

12. In 2011, LA Gem created its Design No. 440811 ("Moon Pendant"), as pictured below:



13. At all relevant times, LA Gem complied in all respects with the Copyright Act, 17 U.S.C. §§ 101; *et. seq.*, and secured the exclusive rights and privileges in and to the Moon Pendant. The Moon Pendant is an original work copyrightable under the Copyright Act, and has been registered in full compliance with the Copyright Act.

14. LA Gem has received a Certificate of Registration from the Register of Copyrights for the Moon Pendant. A true copy of Copyright Registration No. VA 1-912-320 titled "LA Rocks I Love You to the Moon and Back: 440811," issued on November 21, 2013, is attached to this Complaint as EXHIBIT A together with a copy of the specimen submitted to the Copyright Office.

15. Since the creation of the Moon Pendant, LA Gem has been and still is the sole proprietor of all rights, title and interest in and to the copyright therein and Certificates of Registration corresponding therewith.

16. Since its creation, the Moon Pendant has been manufactured and/or distributed by LA Gem or under its authority.

## DEFENDANTS' MISCONDUCT

17. Upon information and belief, Defendant Evening Crystals is a wholesale

manufacturer and/or distributor of jewelry to the jewelry industry and is in the business of manufacturing, marketing, and selling jewelry products that are available for purchase and use across the United States, including in this District.

18.   Upon information and belief, Defendants DealChicken, Plum District, and/or CBS are "deal of the day" retailers in the business of providing daily offers on goods and services that are available for purchase and use across the United States, including in this district.

19.   LA Gem has not authorized Defendants Evening Crystals, DealChicken, Plum District, and/or CBS to copy, reproduce, manufacture, duplicate, disseminate, or distribute the Moon Pendant or any jewelry products substantially similar thereto.

20.   Upon information and belief, Defendants Evening Crystals, DealChicken, Plum District, and/or CBS have engaged in the marketing, manufacture, distribution, duplication and/or sale of infringing copies of the Moon Pendant.

21.   Upon information and belief, Defendant Evening Crystals has sold unauthorized and infringing copies of at least the Moon Pendant, which bear a design that is substantially similar – if not strikingly similar – to the authentic Moon Pendant at retail, at wholesale and through "deal of the day" retailers, including DealChicken, Plum District, and/or CBS.  The infringement is so brazen that it copies LA Gem's Designer's cursive handwriting.  All of the foregoing acts occurred without LA Gem's consent.  A comparison of LA Gem's genuine product and the infringing product taken from Evening Crystals' webpage is set forth below:





**LA Gem's "Moon Pendant"**         **Evening Crystals' "I Love You To Moon & Back" Necklaces**

## First Cause Of Action

(Copyright Infringement)

22. LA Gem hereby realleges and incorporates the allegations in paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Defendants' acts constitute infringement of LA Gem's copyright in the Moon Pendant design in violation of the Copyright Act, 17 U.S.C. §§ 101, *et seq.*

24. LA Gem is informed and believes that Defendants' manufacture, distribution, duplication and/or sale of infringing copies of the Moon Pendant was deliberate, willful, malicious, oppressive, and without regard to LA Gem's proprietary rights.

25. Defendants' copyright infringement has caused, and will continue to cause LA Gem to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to the copyright in the Moon Pendant design and further, has damaged LA Gem's business reputation and goodwill, diverted its trade, and caused loss of profits, all in an amount not yet determined. In addition, LA Gem is entitled to receive the profits made by Defendant from its wrongful acts pursuant to 17 U.S.C. § 504. Alternatively, LA Gem is entitled to recover statutory damages, on election by LA Gem in an amount of up to $150,000 per copyright registration.

26. Defendants' copyright infringement, and the threat of continuing infringement has caused, and will continue to cause LA Gem repeated and irreparable injury. It would be difficult to ascertain the amount of money damages that would afford LA Gem adequate relief at law for Defendant's acts and continuing acts. LA Gem's remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by Defendant. Therefore, LA Gem is entitled to preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502, and to an order under 17 U.S.C. § 503 and 28 U.S.C. § 1651(a) that the infringing copies of the Moon Pendant, and all molds by which such infringement copies were produced, be seized, impounded, and destroyed.

27. LA Gem is also entitled to recover its attorneys' fees and cost of suit pursuant to 17 U.S.C. § 505.

## Second Cause Of Action

(Contributory and/or Vicarious Copyright Infringement)

28. LA Gem hereby realleges and incorporates the allegations in paragraphs 1 through 27 of this Complaint as if fully set forth herein.

29. LA Gem is informed and believes, and thereon alleges, that Defendants, and each of them, knowingly induced, participated in, aided and abetted, and resultantly profited from the illegal reproduction, importation, purchase, distribution, and/or sale of products bearing the Moon Pendant design as alleged in this Complaint.

30. LA Gem is informed and believes, and thereon alleges, that Defendants, and each of them, are vicariously liable for the copyright infringement alleged in this Complaint because they had the right and the ability to supervise such infringement and because they had a direct financial interest in the infringing conduct.

31. By virtue of Defendants' contributory and/or vicarious copyright infringement, LA Gem has suffered substantial damages to its business in an amount to be established at trial.

32. By virtue of Defendants' contributory and/or vicarious copyright infringement, LA Gem has suffered general and special damages in an amount to be established at trial.

33. By virtue of Defendants' contributory and/or vicarious copyright infringement, Defendants, and each of them, have obtained direct and indirect profits that they would not have realized but for their infringement of the Moon Pendant design.  As such, LA Gem is entitled to disgorgement of Defendants' profits that are directly and indirectly attributable to their acts of infringement in an amount to be established at trial.

34. LA Gem is informed and believes, and thereon alleges, that Defendants, and each of them, have continued to import, manufacture, cause to be manufactured, and/or

sell the infringing product with knowledge that such acts violated LA Gem's intellectual property rights.  Therefore, Defendants' acts of copyright infringement as alleged above, were and continue to be, willful, intentional, and malicious, subjecting Defendants, and each of them, to liability for statutory damages under 17 U.S.C. § 504(c)(2) in the sum of up to one hundred fifty thousand dollars ($150,000) per each act of infringement. Further, Defendants, and each of them, willfully and intentionally misappropriated, palmed-off, and/or infringed the Moon Pendant design, which renders Defendants, and each of them, liable for statutory damages as described above.  Within the time permitted by law, LA Gem will elect between actual or statutory damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff LA Gem prays for judgment against Defendants as follows:

A. That the Court enter a judgment against Defendants that Defendants have infringed the rights of LA Gem in LA Gem's federally registered copyright under 17 U.S.C. § 501.

B. That the Court issue a Preliminary Injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from:

    i. manufacturing, producing, selling, distributing, destroying, altering, or otherwise disposing of any jewelry that is in the possession of Defendants that is substantially similar to LA Gem's copyrighted Moon Pendant design;

    ii. destroying any documents, electronic files, wax models, molds, business records, or any other tangible object pertaining to the copying, reproduction, manufacture, duplication, distribution, or advertisement of any such jewelry; and,

       iii.    engaging in any other activity constituting an infringement of LA Gem's copyrights of the Moon Pendant design.

    C.    That LA Gem be awarded damages for Defendants' copyright infringement either: (i) actual damages in an amount to be determined at trial, together with Defendants' profits derived from its unlawful infringement of LA Gem's copyrights; or (ii) statutory damages in an amount provided by law, as set forth in 17 U.S.C. § 504, at LA Gem's election before the entry of final judgment, together with prejudgment and post-judgment interest.

    D.    That the Court issue a Permanent Injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from copying, reproducing, manufacturing, duplicating, disseminating, distributing, or using the Moon Pendant design or any other jewelry that infringes LA Gem's copyrights.

    E.    That the Court award LA Gem its reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

    F.    That the Court award LA Gem its costs of suit incurred herein.

    G.    That LA Gem be awarded such other relief as may be appropriate.

Dated: October 31, 2014                  Respectfully submitted,

                                          **MILORD & ASSOCIATES, P.C.**

                                          Milord A. Keshishian
                                          Attorneys for Plaintiff
                                          L.A. GEM & JEWELRY DESIGN, INC.

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

## DEMAND FOR JURY TRIAL

Plaintiff, through its attorneys of record, hereby demands trial by Jury.

Dated:  October 31, 2014                    **MILORD & ASSOCIATES, P.C.**

_____
Milord A. Keshishian
Attorneys for Plaintiff
L.A. GEM & JEWELRY DESIGN, INC.

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-912-320**

Effective date of registration:

November 21, 2013

## Title
- **Title of Work:** LA Rocks I Love You to the Moon and Back: 440811

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** April 22, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** L.A. GEM AND JEWELRY DESIGN, INC
- **Author Created:** jewelry design, Jewelry with Inscription
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright claimant
- **Copyright Claimant:** L.A. GEM AND JEWELRY DESIGN, INC.
  659 South Broadway, 7th Floor, Los Angeles, CA, 90014, United States

## Rights and Permissions
- **Organization Name:** Milord & Associates, P.C.
- **Name:** Milord A. Keshishian
- **Email:** milord@milordlaw.com
- **Telephone:** 310-226-7878
- **Address:** 2049 Century Park East, Ste. 3850
  Los Angeles, CA 90067  United States

## Certification
- **Name:** Milord A. Keshishian
- **Date:** November 21, 2013
- **Applicant's Tracking Number:** LAR08-066C-1

---

**Correspondence:** Yes

**Registration #:** VA0001912320
**Service Request #:** 1-1025274261



Milord & Associates, P.C.
Milord A. Keshishian
2049 Century Park East, Ste. 3850
Los Angeles, CA 90067  United States



Item 440811 pg. 1

LAR08-066C-1