NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Milord A. Keshishian, SBN 197835
MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel: (310) 226-7878
Fax: (310) 226-7879
milord@milordlaw.com

ATTORNEY(S) FOR: L.A. Gem & Jewelry Design, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,

Plaintiff(s),

v.

EVENING CRYSTALS, LLC, et. al.,

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   L.A. GEM & JEWELRY DESIGN, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC. | Plaintiff |
| EVENING CRYSTALS, LLC | Defendant |
| GANNETT SATELLITE INFORMATION NETWORK, INC., dba DEALCHICKEN | Defendant |
| PLUM DISTRICT, INC. | Defendant |
| CBS RADIO, INC. | Defendant |

November 5, 2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

L.A. GEM & JEWELRY DESIGN, INC.