Patel Law, PLLC
1211 E. 15th St.
Plano, TX 75074-6207
Telephone: 214-810-3120
Facsimile: 214-722-6809

NAVAL H. PATEL (TEXAS STATE BAR NO. 24083629)
E-Mail: np@patelpllc.com

Counsel for Defendant,
EVENING CRYSTALS, LLC

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., A California Corporation, *Plaintiff*, v. EVENING CRYSTALS, LLC, a Texas limited liability company; GANNETT SATELLITE INFORMATION NETWORK, INC., a Delaware Corporation dba DEALCHICKEN; PLUM DISTRICT, INC., a Delaware corporation; CBS RADIO, INC., a Delaware Corporation; and DOES 1-10 *Defendants*. | Case No. CV-14-08486-R-JPR  DEFENDANT EVENING CRYSTALS, LLC'S ANSWER TO COMPLAINT  DEMAND FOR JURY TRIAL |

Defendant Evening Crystals, LLC ("Evening Crystals") does hereby respond to the Complaint ("Complaint") filed by Plaintiff L.A. Gem & Jewelry Design, Inc. ("L.A. Gem") as follows herein:

# THE PARTIES

1. Evening Crystals lacks knowledge or information sufficient to form a belief about the truth of this allegation, and so denies this allegation.

2. Evening Crystals admits it is a limited liability company organized and existing under the laws of Texas. Evening Crystals denies having a principal place of business at 10610 Morado Circle, Austin, Texas 78759. Evening Crystals admits that it sometimes does business in the State of California and does business within the Central District.

3. Evening Crystals lacks knowledge or information sufficient to form a belief about the truth of this allegation, and so denies this allegation.

4. Evening Crystals lacks knowledge or information sufficient to form a belief about the truth of this allegation, and so denies this allegation.

5. Evening Crystals lacks knowledge or information sufficient to form a belief about the truth of this allegation, and so denies this allegation.

6. Paragraph 6 of the Complaint contains allegations against other unnamed defendants to which Evening Crystals is not required to respond. To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same.

7. Paragraph 7 of the Complaint contains allegations against other unnamed defendants to which Evening Crystals is not required to respond. To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same.

8. Paragraph 8 of the Complaint contains allegations against other unnamed defendants to which Evening Crystals is not required to respond. To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies

the same. The allegations of paragraph 8 contain legal conclusions to which a responsive pleading is not required. To the extent a response is required, all of the allegations of paragraph 8 are denied. Evening Crystals lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and so denies the remaining allegations.

## JURISDICTION AND VENUE

9. Evening Crystals notes that the Complaint is defective because it fails to comply with Local Rule 8-1. Evening Crystals admits that the Complaint attempts to state claims attempts to state claims for direct and contributory copyright infringement under the Copyright Act of 1976, 17 U.S.C. 101, *et seq*. Any allegation or implication that the claims in the Complaint are properly alleged or meritorious is denied.

10. Evening Crystals denies that venue is proper in this judicial district. Any allegation or implication that the claims in the Complaint are properly alleged or meritorious is denied.

## FACTS COMMON TO ALL COUNTS

11. Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same.

12. Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same.

13. The allegations of paragraph 13 contain legal conclusions to which a responsive pleading is not required. To the extent a response is required, the allegations are denied. Evening Crystals lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, and so denies those allegations.

14. Evening Crystals admits that Exhibit A attached to the Complaint appears to be a Certificate of Registration titled "LA Rocks I Love You to the Moon and Back: 440811", dated November 21, 2013 – approximately thirty-two months after it was first published, and

bearing Registration Number VA 1-912-320. Evening Crystals lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, and so denies those allegations.

15. The allegations of paragraph 15 contain legal conclusions to which a responsive pleading is not required. To the extent a response is required, the allegations are denied. Evening Crystals lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, and so denies those allegations.

16. Evening Crystals lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, and so denies those allegations.

## DEFENDANT'S ALLEGED MISCONDUCT

17. Evening Crystals denies it is a wholesale manufacturer and/or distributor to the jewelry industry and is in the business of manufacturing jewelry products that are available for purchase and use across the United States, including this district. Evening Crystals admits it is in the business of marketing and selling jewelry products that are available for purchase and use across the United States, including occasionally in this District.

18. Paragraph 18 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond. To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same.

19. Paragraph 19 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond. To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same. Evening Crystals admits LA Gem has not authorized Evening Crystals to copy, reproduce, manufacture, duplicate, disseminate, or distribute the Moon Pendant or any jewelry products substantially similar thereto.

20. Paragraph 20 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond. To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same. The allegations in paragraph 20 contain legal conclusions to which a responsive pleading is not required. To the extent that that a response is required, Evening Crystals denies the allegations therein.

21. Paragraph 21 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond. To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same. The allegations in paragraph 21 contain legal conclusions to which a responsive pleading is not required. To the extent that that a response is required, Evening Crystals denies the allegations therein.

## FIRST CAUSE OF ACTION

22. Evening Crystals incorporates by references the averments of Paragraphs 1-21 as through fully set forth herein.

23. Paragraph 23 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond. To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same. The allegations in paragraph 23 contain legal conclusions to which a responsive pleading is not required. To the extent that that a response is required, Evening Crystals denies the allegations therein.

24. Paragraph 24 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond. To the extent that Evening Crystals is

expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same. The allegations in paragraph 24 contain legal conclusions to which a responsive pleading is not required.  To the extent that that a response is required, Evening Crystals denies the allegations therein.

25.   Paragraph 25 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond.  To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same. The allegations in paragraph 25 contain legal conclusions to which a responsive pleading is not required.  To the extent that that a response is required, Evening Crystals denies the allegations therein.

26.   Paragraph 26 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond.  To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same. The allegations in paragraph 26 contain legal conclusions to which a responsive pleading is not required.  To the extent that that a response is required, Evening Crystals denies the allegations therein.

27.   The allegations of paragraph 27 contain legal conclusions to which a responsive pleading is not required.  To the extent a response is required, the allegations are denied.

## SECOND CAUSE OF ACTION

28.   Evening Crystals incorporates by reference the averments of Paragraphs 1-27 as though fully set forth herein.

29.   Paragraph 29 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond.  To the extent that Evening Crystals is

expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same. The allegations in paragraph 29 contain legal conclusions to which a responsive pleading is not required.  To the extent that that a response is required, Evening Crystals denies the allegations therein.

30. Paragraph 30 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond.  To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same. The allegations in paragraph 30 contain legal conclusions to which a responsive pleading is not required.  To the extent that that a response is required, Evening Crystals denies the allegations therein.

31. Paragraph 31 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond.  To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same. The allegations in paragraph 31 contain legal conclusions to which a responsive pleading is not required.  To the extent that that a response is required, Evening Crystals denies the allegations therein.

32. Paragraph 32 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond.  To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same. The allegations in paragraph 32 contain legal conclusions to which a responsive pleading is not required.  To the extent that that a response is required, Evening Crystals denies the allegations therein.

33. Paragraph 33 of the Complaint contains allegations against other defendants to

which Evening Crystals is not required to respond.  To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same.  The allegations in paragraph 33 contain legal conclusions to which a responsive pleading is not required.  To the extent that that a response is required, Evening Crystals denies the allegations therein.

34.  Paragraph 34 of the Complaint contains allegations against other defendants to which Evening Crystals is not required to respond.  To the extent that Evening Crystals is expected to respond to these allegations, Evening Crystals is without knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies the same.  The allegations in paragraph 34 contain legal conclusions to which a responsive pleading is not required.  Evening Crystals denies that it has continued to import, manufacture, cause to be manufactured, and/or sell the accused product.  To the extent that that a response is required, Evening Crystals denies the allegations therein.

## AFFIRMATIVE DEFENSES

Evening Crystals asserts the following affirmative defenses in response to the allegations in the complaint.  Evening Crystals reserves the right to amend this answer with additional affirmative defenses as further information is obtained.  By alleging these affirmative defenses, Evening Crystals does not in any way agree to or concede that it has the burden of proof or persuasion on any of these issues.

## FIRST AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense that the complaint fails to set forth sufficient facts in order to state a claim against Evening Crystals or any party in this suit for L.A. Gem's first claim for relief and for L.A. Gem's second claim for relief.

## SECOND AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that the complaint is barred by virtue of that fact that the jewelry design at issue consists of ideas commonly known or scenes a faire commonly known.

## THIRD AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that the complaint is barred by virtue of the fact that the jewelry design at issue is not sufficiently original to warrant copyright protection.

## FOURTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that the complaint is barred by virtue of the fact that the jewelry design at issue does not consist of sufficient protectable expression to warrant copyright protection.

## FIFTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that the complaint is barred by virtue of the fact that L.A. Gem did not actually create or author the jewelry design at issue to warrant copyright protection.

## SIXTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that the complaint is barred by the doctrine of independent creation

## SEVENTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that the complaint is barred by the virtue of the fact that the jewelry design at

issue is based on prior art.

### EIGHTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that the jewelry design at issue is in the public domain.

### NINTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that the L.A. Gem's jewelry design and the alleged accused infringing design derive from a prior common source.

### TENTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that the complaint is barred by the applicable statute of limitations.

### ELEVENTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that L.A. Gem's claims are barred by the doctrine of estoppel.

### TWELFTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that L.A. Gem's claims are barred by virtue of the doctrine of waiver.

### THIRTEENTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that to grant relief to L.A. Gem as it requests would unjustly enrich L.A. Gem.

## FOURTEENTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that L.A. Gem's claims are barred by the doctrine of laches.

## FIFTEENTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that the L.A. Gem's claims are barred by virtue of the L.A. Gem's own improper or inequitable conduct.

## SIXTEENTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that L.A. Gem's claims are barred by virtue of L.A. Gem's unclean hands.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that the purported property rights in and to the jewelry design at issue, are owned, controlled or created by parties other than L.A. Gem, and, as such, L.A. Gem lacks standing to sue.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that Evening Crystals did not have the requisite knowledge of any purported infringement and therefore Evening Crystals cannot be liable for contributory infringement.

### NINETEENTH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that Evening Crystals did not materially contribute to any purported infringement and therefore it cannot be liable for contributory infringement.

### TWENTHIETH AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that Evening Crystals did not induce any purported infringement and therefore Evening Crystals cannot be liable for contributory infringement.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Evening Crystals does present as a separate and affirmative defense to the first and second claims for relief that L.A. Gem's contributory infringement claim is barred by virtue of the fact that there was no direct copyright infringement by any party.

### PRAYER FOR RELIEF

WHEREFORE PREMESIS CONSIDERED, Evening Crystals respectfully prays for relief as follows:

1. L.A. Gem take nothing by reason of its complaint;
2. That the Court dismiss this Complaint and each purported cause of action therein with prejudice;
3. In the alternative, that judgment be entered against L.A. Gem on the Complaint and

in favor of Evening Crystals;

4. For costs of suit and attorneys' fees to the maximum extent permitted and pursuant to Section 505 of the Copyright Act; and

5. For such other and further relief as the Court deems just and proper.

                                              Respectfully submitted,

Dated:   January 30, 2015        Patel Law, PLLC

                                        By:  /s/ Naval H. Patel
                                        Naval H. Patel
                                        *Counsel for Evening Crystals, LLC*

DEFENDANT EVENING CRYSTALS, LLC'S ANSWER TO COMPLAINT - CASE NO. CV-14-08486-R-JPR

## DEMAND FOR JURY TRIAL

Pursuant Rule 38, Federal Rules of Civil Procedure, Defendant Evening Crystals, LLC hereby demands a trial by jury of all issues so triable.

Respectfully submitted,

Dated:   January 30, 2015         Patel Law, PLLC


By:  /s/ Naval H. Patel
Naval H. Patel
*Counsel for Evening Crystals, LLC*

# CERTIFICATE OF SERVICE

Pursuant to Rule 5, Federal Rules of Civil Procedure, the undersigned does certify that a true and correct copy of the foregoing document was served by electronic filing, and thereby delivery via e-mail to:

Milord A. Keshishian, Esq.

Milord & Associates, P.C. 2049

Century Park East, Suite 3850

Los Angeles, CA 90067

Email: milord@milordlaw.com

Dated:   January 30, 2015              <u>By:  /s/ Naval H. Patel</u>
                                       Naval H. Patel