Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
L.A. GEM & JEWELRY DESIGN, INC.

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EVENING CRYSTALS, LLC, a Texas Limited Liability Company; GANNETT SATELLITE INFORMATION NETWORK, INC., a Delaware Corporation dba DEALCHICKEN; PLUM DISTRICT, INC., a Delaware Corporation; CBS RADIO, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV14-08486 R (JPRx)<br><br>**REQUEST TO ENTER DEFAULT AS TO DEFENDANT PLUM DISTRICT, INC.** |

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff L.A. GEM & JEWELRY DESIGN, INC., a California corporation ("Plaintiff"), hereby requests that the Clerk of this Court enter default in this matter against Defendant PLUM DISTRICT, INC., a Delaware Corporation ("Plum District") for failure to plead or otherwise defend in a timely manner as provided by Rule 55 of the Federal Rules of Civil Procedure.

This request is based on the attached Declaration of Milord A. Keshishian pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and L.R. 83-2.2.2 which shows the following:

1. On November 10, 2014, Plum District was served by certified mail with the Summons and Complaint, and accompanying documents, pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure, as evidenced by the Proof of Service on file with this Court. *See* Proof of Service of Summons and Complaint, ECF No. 24;

2. On December 1, 2014, the applicable time limit for responding to the Complaint expired;

3. Plum District failed to appear or otherwise respond to the Complaint.

Due to Plum District's failure to appear, Plaintiff respectfully requests that a default be entered against Defendant Plum District.

Dated: February 16, 2015

**MILORD & ASSOCIATES, P.C.**

/s/Milord A. Keshishian

Milord A. Keshishian
Attorneys for Plaintiff
L.A. GEM & JEWELRY DESIGN, INC.

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

## CERTIFICATE OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 2049 Century Park East, Suite 3850, Los Angeles, California 90067 and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

X I hereby certify that on **February 16, 2015,** I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Bruce Isaacs, Esq.** bruceisaacs@dwt.com; nicolasjampol@dwt.com
**Nicolas A. Jampol, Esq.**
Counsel for Defendants GANNETT SATELLITE INFORMATION NETWORK, INC. dba DEALCHICKEN and CBS RADIO, INC.

**Naval H. Patel, Esq.** np@patelpllc.com; davis@daviszlaw.com
**Davis R. Zellmer, Esq.**
Counsel for Defendant EVENING CRYSTALS, LLC

X I hereby certify that on **February 16, 2015,** I served the attached document by **FEDERAL EXPRESS** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below, on the following, who are not registered participants of the CM/ECF System:

**PLUM DISTRICT, INC.**
c/o Ms. Yisha Xu, Agent for Service of Process
1169 Howard Street, Suite 203
San Francisco, CA 94103

________________________
Courtney Blackwell