Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
L.A. GEM & JEWELRY DESIGN, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EVENING CRYSTALS, LLC, a Texas Limited Liability Company; GANNETT SATELLITE INFORMATION NETWORK, INC., a Delaware Corporation dba DEALCHICKEN; PLUM DISTRICT, INC., a Delaware Corporation; CBS RADIO, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV14-08486 R (JPRx)<br><br>**PLAINTIFF'S AMENDED REQUEST TO ENTER DEFAULT AS TO DEFENDANT PLUM DISTRICT, INC.** |

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff L.A. GEM & JEWELRY DESIGN, INC., a California corporation ("Plaintiff"), hereby requests that the Clerk of this Court enter default in this matter against Defendant PLUM DISTRICT, INC., a Delaware Corporation ("Plum District") for failure to plead or otherwise defend in a timely manner as provided by Rule 55 of the Federal Rules of Civil Procedure.

This request is based on the attached Declarations of Milord A. Keshishian and Courtney Blackwell, and pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and L.R. 83-2.2.2 which shows the following:

1. Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure provides a corporation may be served by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and--if the agent is one authorized by statute and the statute so requires--by also mailing a copy of each to the defendant;

2. On November 10, 2014, Plum District was served by certified mail with the Summons and Complaint, and accompanying documents, pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure, as evidenced by the Proof of Service on file with this Court. *See* Proof of Service of Summons and Complaint, ECF No. 24. Declaration of Milord A. Keshishian ("Keshishian Decl.") ¶¶ 3-4;

3. The return receipt postcard was signed by Rick Rochon, former officer and Vice President of Sales and Business Development of Plum District from November 2013 to November 2014. Keshishian Decl. ¶¶ 4-7;

4. According to Plum District's Delaware Secretary of State corporate record, Plum District's Registered Agent resigned on May 30, 2014 without appointment of a new agent for service of process. Keshishian Decl. ¶ 8;

5. On December 1, 2014, the applicable time limit for responding to the Complaint served on November 10, 2014 expired. Keshishian Decl. ¶ 9; and

6. Plum District failed to appear or otherwise respond to the Complaint.

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

Keshishian Decl. ¶ 10.

Due to Plum District's failure to appear, Plaintiff respectfully requests that a default be entered against Defendant Plum District.

Dated: March 24, 2015

**MILORD & ASSOCIATES, P.C.**

/s/Milord A. Keshishian

Milord A. Keshishian
Attorneys for Plaintiff
L.A. GEM & JEWELRY DESIGN, INC.

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

## CERTIFICATE OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 2049 Century Park East, Suite 3850, Los Angeles, California 90067 and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

X I hereby certify that on **March 24, 2015,** I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Bruce Isaacs, Esq.** bruceisaacs@dwt.com; nicolasjampol@dwt.com
**Nicolas A. Jampol, Esq.**
Counsel for Defendants GANNETT SATELLITE INFORMATION NETWORK, INC. dba DEALCHICKEN and CBS RADIO, INC.

**Naval H. Patel, Esq.** np@patelpllc.com; davis@daviszlaw.com
**Davis R. Zellmer, Esq.**
Counsel for Defendant EVENING CRYSTALS, LLC

X I hereby certify that on **March 24, 2015,** I served the attached document by **U.S. MAIL** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with the United States Postal Service, this same day following ordinary business practices to the address(es) set forth below, on the following, who are not registered participants of the CM/ECF System:

**PLUM DISTRICT, INC.**
c/o nCrowd, Inc.
810 West Clinch Avenue, 8th Floor
Knoxville, TN 37902

Pamela Marquez

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878