Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
L.A. GEM & JEWELRY DESIGN, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EVENING CRYSTALS, LLC, a Texas Limited Liability Company; GANNETT SATELLITE INFORMATION NETWORK, INC., a Delaware Corporation dba DEALCHICKEN; PLUM DISTRICT, INC., a Delaware Corporation; CBS RADIO, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV14-08486 R (JPRx)<br><br>**DECLARATION OF MILORD A. KESHISHIAN IN SUPPORT OF PLAINTIFF'S AMENDED REQUEST TO ENTER DEFAULT AS TO DEFENDANT PLUM DISTRICT, INC.** |

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

# DECLARATION OF MILORD A. KESHISHIAN

I, Milord A. Keshishian, hereby swear and affirm pursuant to 28 U.S.C. §1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney licensed to practice law in the State of California. I am the principal attorney at the law firm Milord & Associates, P.C., counsel for Plaintiff L.A. GEM & JEWELRY DESIGN, INC. ("Plaintiff") in the within matter. I make this declaration in support of Plaintiff's Amended Request to Enter Default as to Defendant PLUM DISTRICT, INC. ("Plum District"). If called upon as a witness, I could and would testify competently as follows:

2. On October 31, 2014, I caused to be filed the Summons and Complaint in this case against Defendant Plum District.

3. On November 10, 2014, Plum District was served by certified mail with the Summons and Complaint, and accompanying documents, pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure, as evidenced by the Proof of Service on file with this Court. *See* Proof of Service of Summons and Complaint, ECF No. 24.

4. The return receipt postcard was signed by Rick Rochon ("Rochon"), former officer and Vice President of Sales and Business Development of Plum District from November 2013 to November 2014. Attached as EXHIBIT A is a true and correct copy of a website printout out of Rochon's LinkedIn profile, which identifies him as Vice President of Sales and Business Development for Plum District from November 2013 to November 2014.

5. Attached as EXHIBIT B is a true and correct copy of a website printout of Rochon's CrunchBase profile, which also identifies him as Vice President of Sales and Business Development for Plum District.

6. Attached as EXHIBIT C is a true and correct copy of a website printout of Rochon's Connect6 (social search engine) profile, which also identifies him as Vice President of Sales and Business Development for Plum District.

7. Attached as EXHIBIT D is a true and correct copy of a website printout of

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

Plum District's Venture Deal company profile, which identifies Rochon as its Vice President of Sales and Business Development.

8. According to Plum District's Delaware Secretary of State corporate record, Plum District's Registered Agent resigned on May 30, 2014 without appointment of a new agent for service of process. Attached as EXHIBIT E is a true and correct website printout of Plum District's Delaware Secretary of State corporate record.

9. On December 1, 2014, the applicable time limit for responding to the Complaint expired.

10. Plum District failed to appear or otherwise respond to the Complaint.

I declare under penalty of perjury according to the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 24th day of March, 2015, in Los Angeles, California.

/s/Milord A. Keshishian
Milord A. Keshishian

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

## CERTIFICATE OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 2049 Century Park East, Suite 3850, Los Angeles, California 90067 and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

[X] I hereby certify that on **March 24, 2015**, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Bruce Isaacs, Esq.** bruceisaacs@dwt.com; nicolasjampol@dwt.com
**Nicolas A. Jampol, Esq.**
Counsel for Defendants GANNETT SATELLITE INFORMATION NETWORK, INC. dba DEALCHICKEN and CBS RADIO, INC.

**Naval H. Patel, Esq.** np@patelpllc.com; davis@daviszlaw.com
**Davis R. Zellmer, Esq.**
Counsel for Defendant EVENING CRYSTALS, LLC

[X] I hereby certify that on **March 24, 2015,** I served the attached document by **U.S. MAIL** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with the United States Postal Service, this same day following ordinary business practices to the address(es) set forth below, on the following, who are not registered participants of the CM/ECF System:

**PLUM DISTRICT, INC.**
c/o nCrowd, Inc.
810 West Clinch Avenue, 8th Floor
Knoxville, TN 37902

________________________
Pamela Marquez

EXHIBIT A

LinkedIn
What is LinkedIn? Join Today Sign In



# Rick Rochon

San Francisco, California | Internet

**500+** connections

Previous: Plum District, Ludlow, Mamapedia

Recommendations: **18** people have recommended **Rick**

## Join LinkedIn & access Rick's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Rick directly

**View Rick's Full Profile**

## Experience

### Head of Envoy Success

Envoy

November 2014 – Present (4 months) | San Francisco Bay Area

### Vice President Sales and Business Development (acquired by nCrowd)

Plum District

November 2013 – November 2014 (1 year 1 month) | San Francisco Bay Area

Production Process Development
Sales Process Development
Compensation
Product Development
Sales Training
Recruitment
Business Planning and Forecasting
Sales Optimization

### Founder

Ludlow

September 2012 – January 2014 (1 year 5 months) | Greater Seattle Area

**Find a different Rick Rochon**

**Example:** Rick Rochon

**Richard Rochon**
Chairman and CEO Royal Palm Capital Partners
West Palm Beach, Florida Area



**Richard Rochon**
Senior Sales Consultant - Living Benefits at RBC Insurance
Montreal, Canada Area

**Rick Rochon**
Senior Project Manager at University of Michigan Health System
Greater Detroit Area

**Rick Rochon**
Owner, Rochon's Equipment Inc.
Dover, Delaware Area



**Richard Rochon**
specialiste technique at equipement d embalage mmc
Montreal, Canada Area

More professionals named Rick Rochon

Connect with co-workers

Learn more about who they are.

Add your position

- Brand Development and Creative Direction
- Social Media Strategy and Execution
- PR and Marketing
- Visual Merchandising
- Prouduct Curation
- Product Development

### Vice President Sales + Advertising

Mamapedia

July 2011 – July 2012 (1 year 1 month) | San Francisco Bay Area

### Director National Sales + Business Development

Mamapedia

July 2010 – November 2011 (1 year 5 months)

Built National Sales program for Mamasource group buying program.
Lead National Sales Team.
Recruited, hired and trained National Sales Team.

### Founder and CEO

Joffer (Acquired by Crowdsavings)

December 2009 – July 2010 (8 months) | San Francisco Bay Area

### Founder

AdSymetrix

January 2005 – June 2010 (5 years 6 months)

AdSymetrix is a marketing measurement platform that provides businesses information on all their advertising, both online and offline, so they can make better marketing decisions and save money.

### Regional Sales Manager

muzak

2002 – 2005 (3 years)

### Regional Director Sales Development

Knight Ridder Digital

2000 – 2003 (3 years)

### Affiliate Sales Manager

Classified Ventures

1997 – 2000 (3 years)

Skills

Sales | Product Development | Online Advertising | Business Development | Advertising | Marketing | Lead Generation | PPC | SEM | Customer Acquisition | Online Lead Generation | Digital Marketing | Mobile Marketing | Interactive Marketing | Strategic Partnerships | See 35+

## View Rick's full profile to...

- See who you know in common
- Get introduced
- Contact **Rick** directly

**View Rick's Full Profile**

Not the Rick Rochon you're looking for? View more

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

LinkedIn © 2015 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe |

EXHIBIT B

CrunchBase

Follow

# Rick Rochon

UPDATE



Primary Role

**Vice President Sales and Business Development @ Plum District**

Gender: Male

Location: San Francisco

CONTRIBUTORS TO THIS PROFILE

CB SEE DETAILS

UPDATE

## Person Details

Rick leads the Sales and Business Development team at Plum District with 4 years in the mom-commerce space and 13 years in sales leadership with media companies like Classified Ventures and Knight Ridder. Rick lives in San Francisco and when not at work can be found exploring SF's culinary scene or at the beach with his dog Tucker.

UPDATE

## Jobs (1)

Current

### Vice President Sales and Business Development
**Plum District**

## @adsymetrix



**Rick Rochon** @adsymetrix 23 Mar 10

TweetWagon Auction: "A TEST" *** $1 Opening Bid ***
http://twag.in/6c84vc (San Francisco, CA area only)

Expand



**Rick Rochon** @adsymetrix 29 Jan 10

#sf #sanfrancisco Get your cupcake on at That Takes the Cake on Union Street on Joffer. One dozen for just $17 bucks. http://ow.ly/11ORy



**Rick Rochon** @adsymetrix 28 Jan 10

#sf #sanfrancisco Get rid of those aches & pains w/ a 60 minute massage from Urban Oasis for $60 bucks, save $40 dollars. http://ow.ly/11r6n



**Rick Rochon** @adsymetrix 26 Jan 10

#sf #sanfrancisco Does it get much better than learning yoga from someone named Pretzel? Get 30 days for $39 bucks. http://ow.ly/10Jeb

RICK ROCHON ON TWITTER

## Board & Advisor Roles

## Education

## Memberships

## News

## Images

## Videos

CrunchBase
The Business Graph

410 Townsend Street
San Francisco, CA 94107

CrunchBase Daily

API

Blog

Release Notes

© 2014 AOL Inc. All rights reserved.

Powered by: Neo4j

EXHIBIT C

Connect6°

Report issue Log-in





# Rick Rochon

VP Sales and Business Development

Plum District

San Francisco, California

## Employment History :

| | |
|---|---|
| Plum District (2013-11-01 - Present) | VP Sales and Business Development |
| Ludlow (Sep 2012 - Jan 2014) | Founder |
| Mamapedia (2011-07-01 - 2012-07-01) | Vice President Sales + Advertising |
| Mamapedia (Jul 2011 - Jul 2012) | Vice President Sales + Advertising |
| Mamapedia (Jul 2010 - Nov 2011) | Director National Sales + Business Development |
| Joffer (Acquired by Crowdsavings) (Dec 2009 - Jul 2010) | Founder and CEO |
| Joffer (Acquired by Crowdsavings) (2009-12-01 - 2010-07-01) | Founder and CEO |
| AdSymetrix (2005-01-01 - 2010-06-01) | Founder |

## Education :

o'dea high school
( - )

## Similar Profiles





## Info

### SKILLS & EXPERTISE

Advertising
Building Relationships
Business Development
Customer Acquisition
Digital Marketing
Interactive Marketing
Lead Generation
Marketing
Marketing Strategy
Mentoring
Mobile Marketing
Online Advertising
Online Lead Generation
Partner Development
PPC
Product Development
Sales
SEM
Social Media Strategist
Strategic Partnerships

### ORGANIZATIONS

Plum District, Ludlow, Mamapedia, Mamapedia, Mamapedia, Joffer (Acquired by Crowdsavings), Joffer (Acquired by Crowdsavings), AdSymetrix,

Blog FAQ Press Privacy Policy Terms of Use

Copyright 2014. All Rights Reserved

EXHIBIT D

VentureDeal
CONNECTED • INFORMED

Subscribe | Contact | LOG ON

HOME OVERVIEW SERVICES SUBSCRIBE NEWS API REPORTS FREE TRIAL

# COMPANY PROFILES

DOWNLOAD RECORD vCard | CSV | PDF

| | |
|---|---|
| **Company Name** | Plum District |
| **Company Status** | Private & Independent |
| **Industry** | Internet |
| **Mailing Address** | 77 Stillman St.<br>San Francisco, CA, 94107<br>USA |
| **Phone** | (415) 348-0700 |
| **Website** | www.PlumDistrict.com |
| **Company Description** | The site differentiates itself by catering its local deals–including day camps, groceries and spa treatments–to busy mothers. |
| **Social Media** | twitter |
| **Profile** | Company |
| **Company News** | Google News |

## COMPANY MANAGEMENT

| Title | Name | Email | Profile |
|---|---|---|---|
| Chief Executive Officer | Susan Kim | N/A | Profile |
| VP - Bus. Development | Rick Rochon | N/A | Profile |

**Investors**

Comcast Ventures
General Catalyst Partners
Kleiner Perkins Caufield & Byers

## FREE TRIAL

Want unlimited access to the **complete database** with thousands of technology companies, VCs and transactions for only $25 per month?

Start your **Free 14 Day Trial** now – no obligation or credit card required.

FREE 14 DAY TRIAL
No Obligation. Click to Register

## ABOUT VENTUREDEAL

Founded in 2006, VentureDeal is a database that provides the latest information about venture capital firms, venture-backed technology companies and transactions throughout North America.

Learn More »

Home
Overview
Service Firms
Tech Entrepreneurs
Venture Investors

Services
Subscribe
News
Email Sign Up

FAQ
Terms of Use
Privacy Policy
Contact
Login

© 2015 VentureDeal, Inc., Menlo Park, CA. All Rights Reserved.

EXHIBIT E

## 1 OF 1 RECORD(S)

**Date/Time of Results:**
02/20/2015 at 20:20

| | | |
|---|---|---|
| **File Number:** 4796600 | **Name Type:** Inactive Delaware Co. | **Stock Co Flag:** Stock Company |
| **Name:** PLUM DISTRICT, INC. | | |
| **Kind:** CorporationGeneral | **Status:** Forfeited as of 06/29/2014 | **Tax Type:** A/R Filing Required |
| **Residency:** Domestic | **State of Incorp:** DE | **Country:** US |
| **Original Country:** | **Incorp/Qualify Date:** 03/08/2010 | **Foreign Incorporation Date:** |
| **Proclamation Date:** | **Renewal Date:** | **Expiration Date:** |
| **Bankruptcy Status:** | **Bankruptcy Date:** | **State:** |
| **Case Number:** | **Merged To:** | **State:** |
| **Federal ID:** 272074567 | **Quarterly Filing?:** Y | **Last Annual Report:** 2013 |
| **Registered Agent:** 0000000 RESIGNED AGENT ACCOUNT | **Registered Agent County:** Not in Del<br>**Phone:** - -<br>**Fax:** - - | |

**Stock Information:**

| Amendment Number: | Effective Date: | Effective Time: |
|---|---|---|
| 004 | 12/13/2013 | 18:10 |

| Stock Seq Number | Description | Series | Class | Authorized | Par Value |
|---|---|---|---|---|---|
| 1 | COMMON | | | 100,000,000 | .000100 |
| 2 | PREFERRED | | | 75,387,150 | .000100 |

**Filing History (last 5 filings):**

| Seq Number | Filing Year | Doc Code | Doc Code Desc | Doc Pages | Dom Pages | Doc Filing Date | Doc Filing Time | Doc Effective Date | Doc Filing Status | Co Prev Name | Merger Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2014 | 0136 | Agent Resignation w/o Apt | 1 | | 05/30/2014 | 11:18 | 05/30/2014 | | | |
| 2 | 2013 | 0245S | Restated; Stock | 24 | | 12/13/2013 | 18:10 | 12/13/2013 | | | |
| 3 | 2012 | 0133 | Change of Agent | 1 | | 04/03/2012 | 13:32 | 04/03/2012 | | | |
| 4 | 2011 | 0240S | Amendment; Stock | 2 | | 12/07/2011 | 09:47 | 12/07/2011 | | | |
| 5 | 2011 | 0245S | Restated; Stock | 22 | | 10/18/2011 | 10:26 | 10/18/2011 | | | |

**Tax Info:**

As Of Date: 02/20/2015 Tax Balance: 81,595.41

| TaxYear | TotalFiling | TotalTaxes | TotalPenalty | TotalInterest | TotalOther | TotalPaid | TotalBalance |
|---|---|---|---|---|---|---|---|
| 2014 | .00 | 88,767.12 | .00 | .00 | .00 | 7,171.71 | 81,595.41 |
| 2013 | 50.00 | 2,100.00 | .00 | .00 | .00 | 2,150.00 | .00 |
| 2012 | 50.00 | 4,200.00 | .00 | .00 | .00 | 4,250.00 | .00 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently

verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: **Litigation**
Your GLBA Permissible Use is: **Legal Compliance**

Copyright © 2015 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.