JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> EVENING CRYSTALS, LLC, a Texas Limited Liability Company; GANNETT SATELLITE INFORMATION NETWORK, INC., a Delaware Corporation dba DEALCHICKEN; PLUM DISTRICT, INC., a Delaware Corporation; CBS RADIO, INC., a Delaware Corporation; and DOES 1-10, <br><br> Defendants. | Case No.: CV14-08486 R (JPRx) <br><br> Hon. Manuel L. Real <br><br> **ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT EVENING CRYSTALS, LLC WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

ORDER ON STIPULATION FOR DISMISSAL
OF DEFENDANT EVENING CRYSTALS, LLC

1  Upon review of the Stipulation for Dismissal of EVENING CRYSTALS, LLC
2  ("Evening Crystals") and finding the relief requested appropriate,
3  IT IS ORDERED that the above-referenced action is dismissed as to Evening
4  Crystals, with prejudice, and that this court shall retain jurisdiction over any disputes
5  relating to the settlement agreement reached in this matter.
6  Each party is to bear its own costs and attorneys' fees incurred in this Action.

**IT IS SO ORDERED:**

Dated: January 15, 2016

_____
HON. MANUEL L. REAL

ORDER ON STIPULATION FOR DISMISSAL
OF DEFENDANT EVENING CRYSTALS, LLC